```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 17180
   KELVIN TEAMER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9734


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/02/08 .

     2.  The case was dismissed without confirmation, 09/26/2008.


------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                             PAID             PAID
------------------------------------------------------------------------
TRI STATE FINANCIAL SVC   SECURED VEHIC         .00              .00              .00
TUESDAY TEAMER            CHILD SUPPORT   NOT FILED              .00              .00
CITY OF AURORA            UNSECURED       NOT FILED              .00              .00
COMED                     UNSECURED       NOT FILED              .00              .00
EDWARD HOSPITAL           UNSECURED       NOT FILED              .00              .00
LIBERTY VENTURES          SPECIAL CLASS   NOT FILED              .00              .00
MENS HEALTH MAGAZINE      UNSECURED       NOT FILED              .00              .00
RODALE BOOKS              UNSECURED       NOT FILED              .00              .00
SPRINT NEXTEL             UNSECURED       NOT FILED              .00              .00
VALLEY VIEW 365 U         UNSECURED       NOT FILED              .00              .00
VILLAGE OF BOLINGBROOK    UNSECURED       NOT FILED              .00              .00
OSI COLLECTION SERVICE    UNSECURED       NOT FILED              .00              .00
          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00          .00
PRINCIPAL PAID          .00          .00          .00          .00          .00
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID              .00          .00          .00          .00          .00
The Debtor's attorney, FELD & KORRUB LLC            , was allowed $   3500.00
and was paid $    300.00   direct and $        .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/18/08                      /S/
                                    GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 17180 KELVIN TEAMER